**FILED**

**OCT 2 2 2010**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING,  MDL No. 2100
SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-35)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 578 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4. of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The Transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 13, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
      Deputy Clerk
Date    10/22/10

IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING,     MDL No. 2100
SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### SCHEDULE CTO-35 — TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 10-06398 | Darlene Victor et al v. Bayer Corporation et al | 10-20443-DRH-PMF |
| CAC | 2 | 10-06566 | Nicole Behlow et al v. Bayer Corporation et al | 10-20444-DRH-PMF |
| CAC | 2 | 10-06909 | Irma Gonzalez et al v Bayer Corporation et al | 10-20445-DRH-PMF |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 10-03753 | Roshanna Albritton v. McKesson Corp., et al. | 10-20446-DRH-PMF |
| CAN | 3 | 10-03754 | Bridget Balding Smithers, et al. v. McKesson Corp., et al. | 10-20447-DRH-PMF |
| CAN | 3 | 10-03763 | Latonya Studdard v. McKesson Corp., et al. | 10-20448-DRH-PMF |
| CAN | 3 | 10-03764 | Dana Ferguson v. McKesson Corp., et al. | 10-20449-DRH-PMF |
| CAN | 3 | 10-03765 | Jennifer Dotson v. McKesson Corp., et al. | 10-20450-DRH-PMF |
| CAN | 3 | 10-03815 | Katherine Waite v. McKesson Corp., et al. | 10-20451-DRH-PMF |
| CAN | 3 | 10-03860 | Henry Guignet, etc. v. Bayer Corp., et al. | 10-20452-DRH-PMF |
| CAN | 3 | 10-03872 | Faith Newell v. McKesson Corp., et al. | 10-20453-DRH-PMF |
| CAN | 3 | 10-03930 | Gina Cabell v. McKesson Corp., et al. | 10-20454-DRH-PMF |
| CAN | 3 | 10-03889 | Tamara Obeck v. McKesson Corp., et al. | 10-20455-DRH-PMF |
| CAN | 3 | 10-03974 | Linda L. Phillips v. McKesson Corp., et al. | 10-20456-DRH-PMF |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 10-04648 | Glover | 10-20457-DRH-PMF |
| ILN | 1 | 10-05825 | Meyer v. Bayer Corporation et al | 10-20458-DRH-PMF |
| **INDIANA SOUTHERN** | | | | |
| INS | 4 | 10-00106 | Erin Miller v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20459-DRH-PMF |
| **LOUISIANA WESTERN** | | | | |
| LAW | 6 | 10-01365 | Sinegar v. Bayer Corp et al | 10-20460-DRH-PMF |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 10-04474 | REYNOLDS v. BAYER CORPORATION et al 10-20461-DRH-PUF |
| NJ | 2 | 10-04621 | CAROPOLO v. BAYER CORPORATION et al 10-20462-DRH-PUF |
| NJ | 2 | 10-04476 | YOUNG v. BAYER CORPORATION et al 10-20463-DRH-PUF |
| NJ | 2 | 10-04475 | OLSEN et al v. BAYER CORPORATION et al 10-20464-DRH-PUF |
| NJ | 2 | 10-04472 | ANDERSON v. BAYER CORPORATION et al 10-20465-DRH-PUF |
| NJ | 2 | 10-04471 | HARWARD et al v. BAYER CORPORATION et al 10-20466-DRH-PUF |
| NJ | 2 | 10-04441 | WITHERSPOON v. BAYER CORPORATION et al 10-20467-DRH-PUF |
| NJ | 2 | 10-04440 | MCCLOUD et al v. BAYER CORPORATION et al 10-20468-DRH-PUF |
| NJ | 2 | 10-04214 | YATES v. BAYER CORPORATION et al 10-20469-DRH-PUF |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 2 | 10-00213 | Lankford v. Bayer Corporation et al 10-20470-DRH-PUF |